AO 93 (Rev 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case: 1:13-mj-0742
) Assigned To : Magistrate Judge John M. Facciola
Information Associated With The Facebook Account ) Assign. Date : 9/27/2013
Identified by the Username aaron.alexis That Is Stored ) Description: Search and Seizure Warrant
At Premises Controlled By Facebook )

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Northern____ District of ____California____
*(identify the person or describe the property to be searched and give its location):*
SEE ATTACHMENT A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
~~SEE ATTACHMENT B~~ Separate Search and Seizure Warrant Order

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before   October 11, 2013
   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge *Facciola*
   *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for ____ days *(not to exceed 30)*
   ☐ until, the facts justifying, the later specific date of ____.

Date and time issued: SEP 27 2013   _____
   *Judge's signature*

City and state:   Washington, D.C.   United States Magistrate Judge John M. Facciola
   *Printed name and title*

AO 93 (Rev 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: 10/1/2013 9:20 Am | Copy of warrant and inventory left with: Facebook / Digital media |
| Inventory made in the presence of: SA Joshua S. Taylor / SA Charles Rooney |||
| Inventory of the property taken and name of any person(s) seized: |||

Following service of the Court's order filed September 27, 2013, the FBI received certain records and contents of electronic communications relating to the Facebook account identified by the user name "Aaron Alexis" that were in the custody and control of Facebook, Inc. All records and content that the government determined were not within the scope of the investigation, as described in that order, were destroyed or redacted consistent with the Court's order.

**FILED**

OCT - 9 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/9/13

_____
Executing officer's signature

Charles Rooney, Special Agent
Printed name and title